# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-50184 Boswell v. Abbott
USDC No. 1:24-CV-583

The court has denied appellant's motion to reopen the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Emily C. Adams
Mr. James Boswell
Mr. Stephen DeVinney
Mr. Paul Brian Lackey
Ms. Kathryn Elizabeth Long
Ms. Melody Ryan Louis
Mr. Matthew R. Miller
Mr. Bryan Olyn Poole
Mr. Kenneth Adam Rothey
Ms. Naima Stevenson Starks